AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>7:25-mj-41 | Date and time warrant executed:<br>3/6/25 at 0910 | Copy of warrant and inventory left with:<br>On file with USPIS |

Inventory made in the presence of :
TFO Fridley and PI McCafferty

Inventory of the property taken and name(s) of any person(s) seized:

1. Brown cardboard parcel bearing USPS Ground Advantage tracking number "9534 6131 8230 5060 3295 36"

2. Approximately 4,951 grams of green plant material (suspected marijuana)

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
March 10, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

Received in Chambers
By Reliable Electronic Means

March 6, 2025 at 2:08pm

Hon. Robert S. Ballou
United States District Judge

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 6, 2025

*Tyler W. Fridley*
*Executing officer's signature*

Tyler W. Fridley, USPIS Task Force Officer
*Printed name and title*

Print   Save As...   Reset